# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Durgaprasad Rao | ) | Case No. 24-MJ-8178-PGL |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Durgaprasad Rao ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Wire Fraud. 18 U.S.C. § 1343.

Date: May 6, 2024

*Issuing officer's signature*

City and state: Boston, Massachusetts

Hon. Paul G. Levenson, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 5/8/24 , and the person was arrested on *(date)* 5/15/24
at *(city and state)* Carlisle, MA .

Date: 5/16/24

*Arresting officer's signature*

Miles Miller, Special Agent
*Printed name and title*

This second page contains personal identifiers provided for law-enforcement use only
and therefore should not be filed in court with the executed warrant unless under seal.

*(Not for Public Disclosure)*

Name of defendant/offender: Durgaprasad Rao

Known aliases: _____

Last known residence: 45 Elizabeth Ridge Road, Carlisle, MA

Prior addresses to which defendant/offender may still have ties: _____

Last known employment: _____

Last known telephone numbers: 978-201-1490

Place of birth: India

Date of birth: 02/08/1959

Social Security number: 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

Height: 5'11"  Weight: approx. 150 lbs

Sex: Male  Race: Asian / Indian

Hair: Black / Grey  Eyes: Brown

Scars, tattoos, other distinguishing marks: No

History of violence, weapons, drug use: No

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

FBI number: _____

Complete description of auto: _____

Investigative agency and address: IRS-CI  400 Tradecenter Drive, Suite 3400
USPIS → Boston, MA   Woburn, MA 01801

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: _____

Date of last contact with pretrial services or probation officer *(if applicable)*: _____